[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INTERCOLLEGIATE BROADCASTING SYSTEM, INC., *Petitioner*, v. COPYRIGHT ROYALTY BOARD, *Respondent* | No. 14-1068 |

**PETITIONER'S NON-BINDING
STATEMENT OF ISSUES TO BE RAISED**

Petitioner Intercollegiate Broadcasting System, Inc. ("IBS") hereby submits its statement of issues to be raised in this Petition for Review:

1. Whether it was arbitrary and capricious of the Copyright Royalty Board to impose the same $500 minimum royalty for statutory licenses under 17 U.S.C. §§ 112 and 114 on commercial and noncommercial webcasters of all sizes, despite the requirements under 17 U.S.C. §§ 112(e)(4) and 114(f)(2)(B) that the Board distinguish among different types of services, and despite record evidence that a $500 fee was unreasonable for small and very small noncommercial webcasters.

2. Whether the Copyright Royalty Board violated the Appointments Clause of the Constitution, U.S. Const. art. II, § 2, cl. 2, and this Court's mandate in *IBS v. Copyright Royalty Board*, No. 11-1083, 684 F.3d 1332 (D.C. Cir. 2012), when it

merely ratified the determination made by an unconstitutionally appointed panel of Copyright Royalty Judges without conducting a new hearing despite IBS's request.

Respectfully submitted,

June 6, 2014
Washington, DC

John R. Grimm
Harris, Wiltshire & Grannis, LLP
1200 18th St. NW
Suite 1200
Washington, DC 20036
202-730-1300 (Tel.)
202-730-1301 (Fax)
jgrimm@harriswiltshire.com
Bar No. 55372

*Counsel for Intercollegiate Broadcasting System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2014, copies of this document were sent by first-class mail and email to:

Matthew S. Hellman
David A. Handzo
Michael DeSanctis
JENNER & BLOCK LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
mhellman@jenner.com
dhandzo@jenner.com
mdesanctis@jenner.com
P) 202-639-6000
*Counsel to SoundExchange, Inc.*

David Golden
CONSTANTINE | CANNON LLP
1301 K Street N.W., Ste. 1050 East
Washington, DC 20005
Phone: (202) 204-3500
dgolden@constantinecannon.com
*Counsel for College Broadcasters, Inc.*

Catherine Gellis
CONSTANTINE/CANNON LLP
P.O. Box 2477
Sausalito, CA 94966
cbi@cathygellis.com
P) 202-642-2849
*Counsel for College Broadcasters, Inc.*

Mark R. Freeman
Sonia K. McNeil
United States Department of Justice,
  Civil Division, Appellate Staff
950 Pennsylvania Avenue NW,
  Room 7234, Washington, DC 20530
mark.freeman2@usdoj.gov
sonia.k.mcneil@usdoj.gov
P) 202 305-1754
*Counsel for Copyright Royalty Board
  & Library of Congress*

/s/ John R. Grimm

John R. Grimm
Harris, Wiltshire & Grannis, LLP
1200 18th St. NW
Suite 1200
Washington, DC 20036
202-730-1300 (Tel.)
202-730-1301 (Fax)
jgrimm@harriswiltshire.com

*Counsel for Intercollegiate
Broadcasting System, Inc.*

1