# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 14-1068                                                  September Term, 2013

LOC-79FR23102

Filed On: June 24, 2014 [1499156]

Intercollegiate Broadcasting System, Inc.,

    Appellant

    v.

Copyright Royalty Board and Librarian of Congress,

    Appellees

------------------------------

College Broadcasters, Inc. and SoundExchange, Inc.,
    Intervenors

## O R D E R

Upon consideration of the motions for leave to intervene filed by: College Broadcasters, Inc. and SoundExchange, Inc., it is

**ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(a)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of appellees. Any intervenor(s) intending to participate in support of appellant must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of appellant. Failure to submit notification could result in an intervenor being denied leave to file a brief.

Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 38-39 (2013), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 38.

                                                  **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:    /s/
           Laura M. Chipley
           Deputy Clerk